121 F.3d 531
 UNITED STATES of America; Leslie M. Nishimura, Revenue
Agent of the Internal Revenue Service, Plaintiffs-Appellants,
v.
Laddie F. JOSE, Trustee of Jose Business Trust and Jose
Family Trust, Defendant-Appellee.
 No. 93-17028.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 8, 1997.
 
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Prior report: 71 F.3d 1484.
 
 
 2
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.